

# DESIGNATION AND ASSIGNMENT OF AN ACTIVE UNITED STATES JUDGE FOR SERVICE IN ANOTHER CIRCUIT

1:24-MC-74

The Chief Judge of the United States Court of Appeals for the Tenth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Northern District of Oklahoma during the period of January 1, 2025 through June 30, 2025. The Chief Judge of the United States Court of Appeals for the Fourth Circuit has consented to the designation and assignment of the

**HONORABLE GINA M. GROH**

a Judge of the United States District Court for the Northern District of West Virginia for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 292(d), I do hereby designate and assign the Honorable Gina M. Groh to perform judicial duties in the United States District Court for the Northern District of Oklahoma for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C.  12/11/24